SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:09-cv-03493-MCE-JFM** |
|          Plaintiff, | ) **PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; ORDER** |
|     vs. | ) |
| Walnut Wood Apartments, | ) |
|          Defendants | ) Joint Status Conference Statement: March 23, 2010 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from March 23, 2010 to May 3, 2010. Plaintiff filed a Stipulation and Proposed Order on February 16, 2010 granting Defendants an extension of time to respond to the complaint until March 15, 2010. Defendants have requested an additional extension of time until April 15, 2010 to respond to the complaint. A continuance of the date for filing a joint status

conference statement from March 23, 2010 to May 3, 2010 would give the Defendants time to file a response to Plaintiff's complaint.

Dated:  March 11, 2010          /s/Scott N. Johnson  ____

                                Scott N. Johnson,

                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to May 3, 2010.

Date: March 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE