SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>    vs.<br><br>Walnut Wood Apartments<br><br>    Defendants | Case No. **2:09-cv-03493-MCE-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 14, 2010 FOR DEFENDANT WALNUT WOOD APARTMENTS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Walnut Wood Apartments, by and through their respective attorneys of record, Scott N. Johnson; Gene E. Pendergast, Jr., stipulate as follows:

1. An extension of time has been previously obtained for Defendant Walnut Wood Apartments

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

        until April 14, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Walnut Wood Apartments is granted an extension until May 14, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Walnut Wood Apartments' response will be due no later than May 14, 2010.

IT IS SO STIPULATED effective as of April 14, 2010

Dated: April 14, 2010        /s/Gene E. Pendergast,Jr

                                  Gene E. Pendergast, Jr.,
Attorney for Defendant
Walnut Wood Apartments

Dated: April 14, 2010        /s/Scott N. Johnson

                                  Scott N. Johnson,
Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Walnut Wood Apartments shall have until May 14, 2010 to respond to complaint.

Dated: April 29, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE